### Cora R. THOMPSON et al. v. MANUFACTURER'S FINANCE ACCEPTANCE CORPORATION.

6 Div. 463.

Supreme Court of Alabama.

Oct. 5, 1933.

Cora R. Thompson, Foy M. Thompson, and Von L. Thompson, all of Birmingham, pro se.

London, Yancey & Brower and Al. G. Rives, all of Birmingham, for respondent.

PER CURIAM.

Petition of Cora R. Thompson, Foy M. Thompson, and Von L. Thompson for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Thompson et al. v. Manufacturers' Finance Acceptance Corporation, 25 Ala. App. 534, 150 So. 175.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.